United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>VIKASH R. PATEL, et al.,<br><br>    Defendants. | Case No. 5:17-cv-04124-HRL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE SANCTIONS**<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Based on the discussion held at the January 9, 2018 show cause hearing, the court discharges its Order to Show Case re Sanctions (Dkt. 20). No sanctions will be imposed.

Additionally, the court having been informed that this case has settled, all other scheduled deadlines and appearances are vacated.

**On or before March 8, 2018**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **March 13, 2018, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **March 9, 2018** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the

Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

SO ORDERED.

Dated: January 9, 2018

_____
Howard R. Lloyd
United States Magistrate Judge